GILBERT B. ST. JOHN, Respondent, v. SAMUEL BESKIN, Appellant.—Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict was excessive, unless within ten days plaintiff stipulate to reduce the recovery to $3,000, in which event the judgment as so modified, and the order, are unanimously affirmed, without costs. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Petition of HENRY FELDMAN for Letters of Administration on the Goods, etc., of SOLOMON FRIEDMAN, Deceased.— Motion denied, without costs, and without prejudice to a renewal of the same before the surrogate. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

MAX MEYER, Respondent, v. UNITED DRESSED BEEF COMPANY, Appellant.— Motion denied. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

GEORGE MICHEL, Respondent, v. WALTON TOY COMPANY, Appellant.— Motion denied. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK E. WEEKS, District Attorney for the County of Westchester, Relator, v. The Honorable WILLIAM P. PLATT, Justice of the Supreme Court, etc., and THOMAS M. OSBORNE, Respondents.— This motion will be denied and the stay vacated, and an order will be entered, denying this motion and vacating the stay on the 1st day of June, 1917. We defer action until that time in order that the district attorney of Westchester county may take any action meanwhile of which he is advised. Present — Thomas, Stapleton, Mills and Putnam, JJ.

MARION RINGELMANN, an Infant, by BERTHA H. RINGELMANN, Her Guardian ad Litem, Respondent, v. OSCAR DANIELS COMPANY, Appellant. — Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

MARY E. S. TURRILL, as Executrix, etc., of SARAH L. STILSON, Deceased, Plaintiff, v. PIERREPONT DAVENPORT, Defendant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich and Putnam, JJ.

JOHN DUNSMURE, Respondent, v. HOTEL SHELBURNE, INC., Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

ROSE E. FLAXMAN, Respondent, v. THE CITY OF NEW YORK, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

HARRY P. GOLDSBOROUGH, Respondent, v. THUSNELDA STAAB and EFFIE O. STAAB, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion for judgment on the pleadings dismissing the complaint granted, with leave to respondent to plead anew within twenty days upon payment of ten dollars costs. (People ex rel. Batchelor v. Bacon, 37 App. Div. 414.) Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.